CONRAD A. LINDBLOM and Elsa Lindblom, Appellants, v. THE UNION CENTRAL LIFE INSURANCE COMPANY, a Corporation, Eaton Loan Agency, a Corporation, and Sox & Schnell, a Copartnership.

THE UNION CENTRAL LIFE INSURANCE COMPANY, a Corporation, Respondent.

(228 N. W. 226.)

Opinion filed December 24, 1929.

*Robert A. Eaton,* for appellants.
*Holt & Frame,* and *Lawrence, Murphy & Nilles,* for respondent.

NUESSLE, J. This appeal is governed by the decision in Olson v. Union Cent. L. Ins. Co. post, 899, 228 N. W. 223, and the order appealed from is therefore affirmed.

BURKE, Ch. J., and CHRISTIANSON, BIRDZELL, and BURR, JJ., concur.